# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

### JUDGMENT IN A CIVIL CASE

David Lawrence Mayes,

    Plaintiff,

V.                    Case No. 17-3276-CV-S-MDH-P

Askok Chada, et al.,

    Defendants.

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■ **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: ORDERED that:
(1) Defendants' motion for summary judgment (Doc. 67) is granted; and
(2) this case is dismissed.

Entered on:  October 1, 2018.

                                                      PAIGE WYMORE-WYNN
                                                      CLERK OF COURT

                                                      /s/ C. Davies
                                                      (By) Deputy Clerk